STATE of Missouri, Respondent,

v.

Stephen E. TERRELL, Appellant.

No. WD 58523.

Missouri Court of Appeals,
Western District.

March 26, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 2002.

James F. Crews, Tipton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Assistant Attorney General, Jefferson City, for respondent.

Before HOWARD, P.J.,
BRECKENRIDGE and NEWTON, JJ.

### ORDER

PER CURIAM.

Stephen Terrell was convicted of second-degree trafficking of drugs, § 195.223.9(3), RSMo 2000. The court sentenced him as a prior offender to twenty-five years imprisonment. On appeal, Mr. Terrell claims that (1) there was insufficient evidence to submit the case to the jury; (2) he was incorrectly found to be a prior offender because the offenses that were used to prove his prior offender status took place while he was a juvenile; (3) the trial court erred when it excluded jurors who would not be paid by their employers while they were on jury duty; and (4) the trial court

erred in allowing a chemist employed by the Highway Patrol to testify as an expert. After a review of the record and applicable case law, we find that there was substantial evidence to support the verdict, and no error of law occurred. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 30.25(b).